# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2017 DEC -5 P 12: 04
CLERK
S. DIST. OF GA.

| | |
|---|---|
| CRAIG DOUGLAS COOPER, | |
| Petitioner, | CIVIL ACTION NO.: 2:17-cv-76 |
| v. | |
| J. V. FLOURNOY, | |
| Respondent. | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 9, to which Petitioner Craig Cooper ("Cooper") failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Cooper's 28 U.S.C. § 2241 Petition, **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal, and **DENIES** Cooper *in forma pauperis* status on appeal.

**SO ORDERED**, this 5 day of December, 2017.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)